**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **COQUI TECHNOLOGIES, LLC,**<br><br>             Plaintiff,<br><br>     v.<br><br>**TRANSACTION WIRELESS, INC.,**<br><br>             Defendant. | **Civil Action No. 2:16-cv-1195-RWS**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF READINESS FOR A SCHEDULING CONFERENCE

COMES NOW Plaintiff, Coqui Technologies, LLC, and hereby notifies the Court that this case is ready for a scheduling conference. Defendant Transaction Wireless, Inc. has filed a motion to dismiss for improper venue (Dkt. No. 12). This motion is still pending.

This case is related to the following cases involving the same patents U.S. Patent No. 7,580,864:

*Coqui Technologies, LLC v. CashStar, Inc.*, Case No. 2:16-cv-1192 (E.D. Tex. 2016).

*Coqui Technologies, LLC v. Gyft, Inc.,* Case No. 2:16-cv-1194 (E.D. Tex. 2016).

*Coqui Technologies, LLC v. Givex USA Corporation,* Case No. 2:16-cv-1196 (E.D. Tex. 2016).

At this time, no *Markman* Hearing or trial dates have been set for this or the related cases.

DATED February 13, 2017.       Respectfully submitted,

        By: */s/ Timothy Wang*
        Hao Ni
        Texas Bar No. 24047205
        hni@nilawfirm.com
        Timothy T. Wang
        Texas Bar No. 24067927
        twang@nilawfirm.com
        Neal G. Massand
        Texas Bar No. 24039038
        nmassand@nilawfirm.com
        Stevenson Moore V
        Texas Bar No. 24076573
        smoore@nilawfirm.com
        Krystal L. McCool
        Texas Bar No. 24082185
        kmccool@nilawfirm.com

        **NI, WANG & MASSAND, PLLC**
        8140 Walnut Hill Ln., Ste. 500
        Dallas, TX 75231
        Telephone: 972-331-4600
        Fax: 972-314-0900

        **ATTORNEYS FOR PLAINTIFF**
        **COQUI TECHNOLOGIES, LLC**

### **CERTIFICATE OF SERVICE**

    I hereby certify that on the 13th day of February, 2017, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

            */s/ Timothy Wang*
            Timothy Wang