# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **COQUI TECHNOLOGIES, LLC,**<br><br>    Plaintiff,<br><br>  v.<br><br>**TRANSACTION WIRELESS, INC.,**<br><br>    Defendant. | **Civil Action No. 2:16-cv-1195-RWS**<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF COQUI TECHNOLOGIES, LLC'S ANSWER
### TO DEFENDANT TRANSACTION WIRELESS, INC.'S COUNTERCLAIMS

Plaintiff Coqui Technologies, LLC ("Plaintiff"), answers the Counterclaims of Defendant Transaction Wireless, Inc. ("Defendant") filed March 1, 2017 (Dkt. No. 20). Plaintiff answers the Counterclaims of Defendant by corresponding paragraph number as follows:

## COUNTERCLAIMS

## THE PARTIES

1. Admitted.

2. Admitted.

## JURISDICTION AND VENUE

3. Plaintiff admits that these Counterclaims purport to arise under the Patent Laws of the United States, 35 U.S.C. §§ 1 *et seq.*, for a declaratory judgment pursuant to 28 U.S.C. §§ 2201-02. Except as so admitted, the remaining allegations in paragraph 3 are denied.

4. Plaintiff admits that this Court has subject matter jurisdiction over Plaintiff's claims against Defendant. Except as so admitted, the remaining allegations in paragraph 4 are denied.

5. Admitted.

6. Plaintiff admits that venue is proper in regards to Defendant's infringement of U.S. Patent No. 7,580,864 (the "'864 Patent"). Except as so admitted, the remaining allegations of paragraph 6 are denied.

## FACTUAL BACKGROUND

7. Admitted.

8. Denied.

9. Plaintiff admits that an actual case or controversy exists between the parties as to Defendant's infringement of the '864 Patent. Except as so admitted, the remaining allegations in paragraph 9 are denied.

## COUNT ONE

### Declaratory Judgment of Non-Infringement of U.S. Patent No. 7,580,864

10. Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs of these Answers to Defendant's Counterclaims in their entirety as if set forth herein.

11. Plaintiff admits that an actual case or controversy exists concerning Defendant's infringement of the '864 Patent. Except as so admitted, the remaining allegations in paragraph 11 are denied.

12. Denied.

13. Denied.

## COUNT TWO

### Declaratory Judgment of Invalidity of U.S. Patent No. 7,580,864

14. Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs of these Answers to Defendant's Counterclaims in their entirety as if set forth herein.

15. Plaintiff admits that an actual case or controversy exists concerning Defendant's infringement of the '864 Patent. Except as so admitted, the remaining allegations in paragraph 15 are denied.

16. Denied.

17. Denied.

## PRAYER FOR RELIEF

Defendant's Prayer for Relief is an averment to which no responsive pleading is required pursuant to FED. R. CIV. P. 8 and is therefore denied.

## DEMAND FOR JURY TRIAL

Defendant's Demand for Jury Trial is an averment to which no responsive pleading is required pursuant to FED. R. CIV. P. 8 and is therefore denied.

DATED March 22, 2017.                    Respectfully submitted,

By: */s/ Timothy T. Wang*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Krystal L. McCool
Texas Bar No. 24082185
kmccool@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF**
**COQUI TECHNOLOGIES, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 22nd day of March, 2017, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Timothy T. Wang*
Timothy T. Wang